## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Careathers v. Red Bull GmbH et al.  Docket No.: 15-1715

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Christopher A. Bandas

Firm: Bandas Law Firm, PC

Address: 500 N. Shoreline Blvd., Suite 1020, Corpus Christi, Texas 78401

Telephone: 361-698-5200   Fax: 361-698-5222

E-mail: cbandas@bandaslawfirm.com

Appearance for: Appellant - Paul J. Lopez
(party/designation)

Select One:

☑ Substitute counsel (replacing lead counsel: David Stein/Samuel and Stein )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of : _____ )
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/Christopher A. Bandas

Type or Print Name: Christopher A. Bandas